UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CHARLES COLEMAN, et al.,  :

        Plaintiffs,  :    07 Civ. 8136 (BSJ) (AJP)

    -against-  :    ORDER

INTERCOUNTY PAVING ASSOCIATES, L.L.C.,  :
CARL LIZZA, JOHN LIZZA & DOE FIDUCIARY,
          :
        Defendants.
          :
------------------------------------- x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 11/14/07*

**ANDREW J. PECK, United States Magistrate Judge:**

    This case has been referred to me by Judge Jones for general pretrial purposes.

    The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

    As soon as defendant has responded to the complaint or counsel for defendant has appeared, whichever first occurs, the parties shall call my secretary (at 212-805-0036) to schedule the Initial Pretrial Conference. Plaintiff must serve defendants by January 15, 2008 (120 days from September 18, 2007). If defendants do not timely respond to the complaint if served, plaintiff is to move for a default judgment within 15 days after the answer was due.

    Plaintiff is to serve this Order on defendant or defendant's counsel.

C:\ORD\Referral Notice

2

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED:   New York, New York
November 14, 2007

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Vincent F. O'Hara, Esq.
Judge Barbara S. Jones

C:\ORD\Referral Notice