AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

**APPEARANCE**

Case Number: 07 CIV. 8136 (BSJ)(AJP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendants Intercounty Paving Associates, L.L.C., Carl Lizza and John Lizza.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/4/2007 | *(signature)* |
| Date | Signature |
| | Nolan E. Shanahan — NS-4598 |
| | Print Name — Bar Number |
| | Cole, Schotz, et al., 900 Third Avenue, 16th Floord |
| | Address |
| | New York — NY — 10022 |
| | City — State — Zip Code |
| | (212) 752-8000 — (212) 752-8393 |
| | Phone Number — Fax Number |