VINCENT F. O'HARA
WILLIAM P. HOLM*
MICHAEL L. LANDSMAN
CAROL G. DELL

ABBEY M. GRUBER¹
MARION M. LIM
VALERIA A. KOZHICH

* ALSO ADMITTED IN CT
¹ ALSO ADMITTED IN NJ

# HOLM & O'HARA LLP
ATTORNEYS AT LAW
3 WEST 35TH STREET
NEW YORK, NEW YORK 10001-2204
(212) 682-2280
FAX (212) 682-2153
www.holmandohara.com



CONNECTICUT OFFICE
73 MAIN STREET
P.O. BOX 215
SHARON, CT 06069

January 10, 2008

**VIA FACSIMILE**
The Honorable Magistrate Judge Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1370
New York, NY 10007



Re: *Coleman et al. v. Intercounty Paving Assoc. L.L.C et al.* (07-CV-8136)
Request for Adjournment
Our File No. 4754.002

Dear Magistrate Judge Peck,

Holm & O'Hara LLP represents the Plaintiffs, the Laborers Local 754 ("Local 754") and the Laborers Local 754 Joint Benefit Funds ("Funds") in the above mentioned case. Plaintiffs write to request an adjournment of the status conference scheduled for Tuesday, January 15, 2008 at 9:30am.

The parties in this case have almost complete the process of negotiating and executing a stipulation of settlement and are awaiting the results of an audit being currently performed at the offices of Intercounty Paving Associates by Plaintiffs' auditors. The parties expect the case to be settled in the next two weeks. Accordingly, the Plaintiffs request that the Court adjourn the conference scheduled for January 15, 2008 at 9:30am. This is the first request for adjournment and opposing counsel consents to this request.

Thank you for your courtesy and cooperation in this matter.

Respectfully,

**MEMO ENDORSED**

Vincent F. O'Hara, Esq.

VFO/cbn
cc: Robert Dowd, Esq. (via facsimile)
Nolan E. Shananhan, Esq. (via facsimile)
*Attorneys for Defendants.*

Status conference for January 15, 2008 adjourned.
Please advise the Court by fax of negotiation status on or before Friday, January 18, 2008.

*Andrew Jay Peck*