# HOLM & O'HARA LLP

ATTORNEYS AT LAW
3 WEST 35TH STREET
NEW YORK, NEW YORK 10001
(212) 682-2280
FAX (212) 682-2153
www.holmandohara.com

VINCENT F. O'HARA
WILLIAM P. HOLM*
MICHAEL L. LANDSMAN
CAROL G. DELL

ABBEY M. GRUBER¹
MARION M. LIM
VALERIA A. KOZHICH

* ALSO ADMITTED IN CT
¹ ALSO ADMITTED IN NJ

CONNECTICUT OFFICE
73 [illegible]
[illegible]
(860) 364-0627

**BY FAX**

January 22, 2008

**MEMO ENDORSED** 1/22/08

Status letter & reply of ship of
dismissal, due 1/30.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

**VIA FACSIMILE**
The Honorable Magistrate Judge Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1370
New York, NY 10007

Re: *Coleman et al. v. Intercounty Paving Assoc. L.L.C et al.* (07-CV-8136)
Status Update
Our File No. 4754.002

Dear Magistrate Judge Peck,

Holm & O'Hara LLP represents the Plaintiffs, the Laborers Local 754 and the Laborers Local 754 Joint Benefit Funds ("Plaintiffs") in the above mentioned case. Plaintiffs write to advise the Court of the status of the case.

Settlement negotiations are still ongoing: last week the parties had a dispute concerning the final report of the auditor and payment for current delinquencies owed to Plaintiffs. The parties expect to reach an agreement on this matter by the end of the week and to stipulate to a dismissal at that time. Accordingly, the parties in this case request additional time to reach an agreement.

Thank you for your courtesy and cooperation in this matter.

Respectfully,

Vincent F. O'Hara, Esq.

VFO/cbn
cc: Robert Dowd, Esq. (via facsimile)
Nolan E. Shanahan, Esq. (via facsimile)
*Attorneys for Defendants.*

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** January 22, 2008                    **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Vincent F. O'Hara, Esq. | 212-682-2153 |
| Nolan E. Shanahan, Esq. | 212-752-8393 |
| Robert Dowd, Esq. | 201-489-1536 |

# TRANSCRIPTION:

**MEMO ENDORSED 1/22/08**

Status letter - hopefully, a stip. of dismissal, due **1/30**.


**Copy to:** Judge Barbara S. Jones