

UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CHARLES COLEMAN, JOHN T. COONEY, JR., JAMES
BODRATO, and JOHN J. CHIAFFI, in their fiduciary capacity
as Trustees for the LABORERS LOCAL 754 HEALTH &
WELFARE FUND, PENSION FUND, SAVINGS FUND,
ANNUITY FUND, INDUSTRY ADVANCEMENT FUND,
DUES SUPPLEMENT FUND, LECET FUND, NATIONAL
HEALTH AND SAFETY FUND, NYSLPAFUND, 754 LECET
FUND, TRAINING FUND and ORGANIZING FUND; and
CHARLES COLEMAN and JOHN J. CHIAFFI, as Officers
of LABORERS LOCAL UNION 754,

**STIPULATION OF
DISMISSAL WITH
PREJUDICE AS TO
ALL DEFENDANTS**

07-CV-8136
(Jones, J.)
(Peck, M.J.)

                                        Plaintiffs,

-against-

INTERCOUNTY PAVING ASSOCIATES, L.L.C., CARL LIZZA,
JOHN LIZZA, AND DOE FIDUCIARY,

                                        Defendants.

------------------------------------------------------------------X

**IT IS HEREBY AGREED,** by and between plaintiffs and defendants that the above

referenced action is hereby dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(ii) of the

FRCP as to all defendants.

Dated:  New York, New York
          February 1, 2008

HOLM & O'HARA LLP

By _____
Vincent F. O'Hara
Attorneys for *Plaintiffs*
3 West 35th Street, 9th Floor
New York, New York 10001
(212) 682-2280

COLE, SCHOTZ, MEISEL, FORMAN, &
LEONARD, P.A.

By _____
Nolan E. Shanahan
Attorneys for *Defendants*
900 3rd Avenue, 16th Floor
New York, NY 10022
(212) 752-8000

SO ORDERED:

_____
The Honorable Barbara S. Jones, USDJ

2/11/08